

2049 CENTURY PARK EAST   SUITE 2100   LOS ANGELES, CA 90067
**T** 310.229.9900  **F** 310.229.9901   www.Venable.com

<u>**VIA ECF**</u>

July 17, 2014

Daniel S. Silverman

**T 310.229.0373**
**F 310.229.9901**
dssilverman@venable.com

The Honorable Andrew J. Peck
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *Samuel Friedman v. The Prophet Manasseh Jordan Ministries*, 14 cv 3129 (VEC)

Dear Magistrate Judge Peck,

I write pursuant to the Court's memo endorsement, *see* Dkt. No. 18, permitting my colleague Daniel Silverman to appear by telephone at the settlement conference in the above-entitled case (the "Settlement Conference") scheduled for August 11, 2014.  The Court noted in its endorsement that Mr. Silverman will be unable to speak privately with either me or our client during the course of the Settlement Conference unless I obtain authorization to bring a cell phone into the courthouse on the day of the Settlement Conference.

The Court suggested in its memo endorsement that I obtain an S.D.N.Y. Attorney Pass ("Attorney Pass") that would enable me to bring a cell phone into the courthouse.  Unfortunately, I do not currently possess an Attorney Pass, and due to the relative proximity of the date of the Settlement Conference and the fact that I have been advised that obtaining an Attorney Pass is a process that can often take several weeks to accomplish, I am not certain that I will be able to obtain an Attorney Pass by the date of the Settlement Conference.

Accordingly, I am attaching hereto, as Exhibit A, a proposed order authorizing me to bring my cell phone and blackberry[1] into the courthouse on the date of the Settlement Conference.

I thank the Court in advance for its attention to this matter.

---

[1] I have requested permission to bring both my cell phone and blackberry because they each operate under a different wireless provider, and thus having both with me will minimize the chance that a service disruption will render me unable to communicate with Mr. Silverman.



The Honorable Andrew J. Peck
July 17, 2014
Page 2

Very Truly Yours,

_____/s/_____
Chaim Z. Kagedan


cc (via email): Ross Schmierer, Esq. (ross@paslawfirm.com)