UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
SAMUEL FRIEDMAN,

        Plaintiff,

-against-

THE PROPHET MANASSEH JORDAN
MINISTRIES,

        Defendant.
------------------------------------ x

14 Civ. 3129 (VEC)(AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

        The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot. The August 11, 2014 settlement conference is cancelled.

        SO ORDERED.

DATED:    New York, New York
               July 30, 2014

                                                          Andrew J. Peck
                                                          United States Magistrate Judge

Copies ECF to:    All Counsel
                        Judge Caproni

**PARIS**
**ACKERMAN &**
**SCHMIERER** LLP

103 Eisenhower Parkway
Roseland, NJ 07068
T: 973.228.6667
F: 973.629.1246
www.paslawfirm.com

July 30, 2014

**VIA FACSIMILE**

Hon. Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



RECEIVED
JUL 30 2014
CHAMBERS OF
ANDREW J. PECK

Re: Friedman v. The Prophet Manasseh Jordan Ministries
    **Case No.: 1:14-cv-03129-VEC**

Dear Judge Peck:

This office represents the plaintiff, Samuel Friedman, in the above referenced matter.

We write to inform the Court that the parties have settled this matter in principle. As such, we respectfully request that this Court issue a thirty (30) day Order of Discontinuance as well as cancel the Settlement Conference currently set for August 11, 2014 at 2:00 PM in Courtroom 20D.

We thank the Court for its courtesies.

Respectfully submitted,

Ross H. Schmierer

cc: Daniel Scott Silverman, Esq. (via email)
    Chaim Zev Kagedan, Esq. (via email)
    *Attorneys for Defendant*

# FAX COVER SHEET

| TO | Hon. Andrew J. Peck |
|---|---|
| COMPANY | United States Magistrate Judge |
| FAX NUMBER | 12128057933 |
| FROM | Paris Ackerman & Schmierer LLP |
| DATE | 2014-07-30 18:42:44 GMT |
| RE | Friedman v. Prophet - 1:14-cv-03129-VEC |

## COVER MESSAGE

Please forward the attached letter to the Hon. Andrew J. Peck. Thank you.